# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00039-CV

Tower Car Wash, Inc., Appellant

v.

Westport Group, Inc., Appellee

### FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 368TH JUDICIAL DISTRICT
### NO. 11-506-C368, HONORABLE BURT CARNES, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

This appeal was stayed for bankruptcy proceedings on March 26, 2014. The parties have notified the Court that the bankruptcy court granted their joint motion to compromise appellee Westport Group, Inc.'s claims against appellant Tower Car Wash, Inc. *See* Tex. R. App. P. 8.3(a). The bankruptcy court ordered the parties to submit an agreed motion to this Court to dismiss with prejudice all appeals by either party in this cause number. Accordingly, the parties have filed a joint motion to dismiss this appeal by agreement. *See* Tex. R. App. P. 42.1(a)(2). We grant the motion and dismiss the appeal. *See id.*

_____

                              Cindy Olson Bourland, Justice

Before Justices Puryear, Pemberton, and Bourland

Dismissed on Joint Motion

Filed:   March 27, 2015